district court of the United States
Robert C Byrd
courthouse

FILED

OCT 24 2022

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Marquita Leigh Meredith
                    Plaintiff

v.

1:22-cv-00466

United States Federal Bureau of Prison
and Jessica McGraw
                    Defendant

Motion of Appeal for Denial of FTCA
                    Claim

Comes now Meredith, Marquita
Leigh in propia persona and third
party intervener for Plaintiff Marquita
Leigh Meredith. I sustained an injury
on Alderson FPL compound on 7/25/21
upon arrival to Health Services Jessica
McGraw had done intake. Stating nothing
was wrong with my leg and I wouldn't
be assisted with crutches nor ibuprofen.
"See exhibit 1-8. Due to lack of medical
treatment
1) Constitutional Violation
2) Violation of HIPPA Oath
3) Negligence
under the common law doctrine of

res ipsa loquitur resulting in fractured fibula joint effusion, partial anterior ligament tear, cartilaginous tear lateral collateral ligament tear "See Exhibit 7-11". Broken bones are to be casted immediately in which I wasn't at all "See Exhibit 12". Following, I filed a Tort Claim on 8/15/21 "See Exhibit 2" receiving a denial on June 17, 2022 claiming I was recieving proper medical treatment "See Exhibit 13". When clearly stated on follow-up form 4/13/22 Sports Therapist Orthopedic Dr. Dempsey, asked me was I casted I stated No. He said he can tell because the top of the fibila has broken off "See Exhibit 12 and 13". I pray this court takes this matter into consideration from the negligence I suffer from, severe pain. "See Exhibit 14"

Respectfully Submitted,
By: Meredith, Marquita Leigh

Marquita Leigh Meredith
Pro Se

Alderson FPC
Alderson, WV 24910

On this day of the 18th of October 2022

<u>Certificate of Service</u>

I, Meredith, Marquita Leigh hereby certify this informal Motion of Appeal For Denial of FTCA Claim.

So Served

Deposited in institutional mail system via mail on Alderson Federal Prison Camp

By Meredith, Marquita Leigh

On this day of the 18th of October 2022

Marquita L Meredith #93506-083 - Unit A
Federal Prison Camp Alderson
Glen Ray Rd Box A
Alderson, WV 24910

 

U.S. POSTAGE PAID
FCM LG ENV
ALDERSON, WV
24910
OCT 21, 22
AMOUNT
**$0.00**
R2305K140697-10

1000          25801

district court of the United States
Robert C. Byrd courthouse
110 N. Herber St Rm. 119
Beckley, WV 25801