Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

NOV 1 0 2022

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT

for the

Southern   District of  West Virginia

Bluefield   Division

Marquita Leigh Meredith

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

United States Federal
Bureau of Prisons

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No.    1:22-cv-00466

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Marquita Leigh Meredith |
| Street Address | Glen Ray Rd Box A |
| City and County | Alderson and Summer County |
| State and Zip Code | WV, 24910 |
| Telephone Number | N/A |
| E-mail Address | N/A |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *United States Federal Bureau of Prison* |
| Job or Title *(if known)* | *Federal Government* |
| Street Address | |
| City and County | *Washington DC* |
| State and Zip Code | |
| Telephone Number | *N/A* |
| E-mail Address *(if known)* | *N/A* |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* Marquita Leigh Meredith , is a citizen of the State of *(name)* Virginia .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* U.S. Federal Bureau of Prisons, is incorporated under the laws of the State of *(name)* Washington DC , and has its principal place of business in the State of *(name)* West Virginia .

Or is incorporated under the laws of *(foreign nation)* Washington DC ,

and has its principal place of business in *(name)* West Virginia .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Amount at stake is $10,000,000.00, due to neglect and malpractice I have a lifetime injury that has caused other punitive damages from my hips to my other knee. From failure of proper medical treatment. I'm mentally affected by my injury knowing I'm encapable of interacting with my children physically.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

FTCA Claim! The U.S. FBOP ignored the characteristics of my injury 2. Denying my FTCA stating I recieved proper medical treatment. 3. Due to neglect and malpractice the top of my fibula has broken off under common law doctrine of res ipsa loquitar claim should be granted. 4. When FBOP accepted me into their custody their responsibility were to make sure I was secure and safe.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff requesting $10,000,000.00 for mental and physical anguish.
2. The injury sustained punitive damages to my other knee and hips from improper medical treatment.
3. I'm entitled to monetary compesation because this injury is longterr.
4. In which I will endure pain for the rest of my life.
5. I did not accept being injured at the liability of the compelled benefit of any unrevealed contract or commercial agreement. Make check out to the all cap MARQUITA LEIGH MEREDITH.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/6/22

Signature of Plaintiff    By Meredith, Marquita Leigh

Printed Name of Plaintiff    Marquita Leigh Meredith

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Marquita L. Meredith #93506-083-Unit A2
Federal Prison Camp Alderson
Glen Ray Rd 'Box A
Alderson, WV 24910


UNITED STATES
POSTAL SERVICE®

1000          24701

U.S. POSTAGE PAID
FCM LG ENV
ALDERSON, WV
24910
NOV 08 22
AMOUNT

$0.00
R2305K140697-10

Clerk, United States District Court
Elizabeth Kee Federal Building
601 Federal Street, Room 1000
Bluefield, WV 24701