Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

Bluefield Division

<table>
<tr><td>

Marquita Leigh Meredith
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

United States Federal

Bureau of Prisons
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Case No. 1:22-cv-00466
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

</td></tr>
</table>

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                   Marquita Leigh Meredith
Street Address         Glen Ray Rd Box A
City and County        Alderson and Summers County
State and Zip Code     WV 24910
Telephone Number       N/A
E-mail Address         N/A

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name United States Federal Bureau of Prisons

Job or Title *(if known)* Federal Government

Street Address

City and County Washington, DC

State and Zip Code

Telephone Number N/A

E-mail Address *(if known)* N/A

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Marquita Leigh Meredith , is a citizen of the State of *(name)* Virginia .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* US Federal Bureau of Prisons , is incorporated under

the laws of the State of *(name)* Washington DC , and has its

principal place of business in the State of *(name)* West Virginia .

Or is incorporated under the laws of *(foreign nation)* Washington DC ,

and has its principal place of business in *(name)* West Virginia .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):* Amount at stake is $10,000,000.⁰⁰, due to neglect and malpractice I have a lifetime injury that has caused other punitive damages to my hips and other knee. From failure of proper medical treatment. I'm mentally affected by my injury knowing I'm incapable of interacting with my children physically.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"See Attachment"

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.) Plaintiff requesting $10,000,000.⁰⁰ for mental and physical anguish.

2.) The injury sustained, punitive damages to my other knee and hips from improper medical treatment.

3.) I'm entitled to monetary compensation because this is a longterm injury

4.) In which I will endure pain for the rest of my life because I will never get back to normalcy.

Page 4 of 5

Comes now the Plaintiff, pro se, to clarify and futher explain the circumstances of medical neglect that the Plaintiff has incurred while in BOP custody. Plaintiff has suffered significant damage to her leg.

On July 25, 2021, Plaintiff was playing softball on the field designated for inmates to play on. On or around 2:50pm Plaintiff was running between the bases, when the Plaintiff felt her leg pop and immediately fell to the ground on the inmate softball field. The impact of the fall caused the Plaintiff excruciating pain. Plaintiff began screaming for help. Other inmates who were nearby ran to the Plaintiff and helped the Plaintiff off the ground. The inmates went to find the guards to be able to bring the Plaintiff up to the top of the mountain to Health Services. After some time the guards finally arrived and put the plaintiff in a vehicle, then transporting the Plaintiff to the front door of Health Services causing the Plaintiff to have to walk on Plaintiff's own into Health Services. Plaintiff was then examined by Jessica McGraw. Plaintiff expressed to Ms. McGraw the excruciating pain she was experiencing. Plaintiff also expressed there was no way possible Plaintiff could walk without any assistance. Ms. McGraw continued to poke and pull on the Plaintiff's leg so hard that the Plaintiff screamed and tears expelled from her eyes. Plaintiff kept explaining to Ms. McGraw about the pain only to be ignored and brushed off as an inconvenience. Ms. McGraw ignored every request request the Plaintiff made to stop hurting the leg. Ms McGraw then informed the Plaintiff there would be no crutches nor wheelchair to assist the plaintiff. Ms. Mcgraw made it clear that pain medication would not be administered. Ms. Mcgraw (a nurse not a physician) expressed again that the plaintiff was perfectly fine. Ms. McGraw then forced the Plaintiff to walk on a broken leg with no assistive device and no pain meds. Plaintiff is convinced this caused more extensive damage from the unnecessary movement from the time of injury without the care of a physician due to the negligence of Ms. Mcgraw making an uneducated, unqualified and negligent observation of the Plaintiff. The Plaintiff is now permanently disabled. For the next two days Plaintiff continued to go to sick call only to be ignored and medically neglected by the unqualified personnel of Health Services. Ms. McGraw continued to ignore the severity of the Plaintiff's condition in violation of Plaintiff's constitutional right to medical treatment while in custody of the Bureau of Prisons. Plaintiff called family members to reach out to the Regional Director of the BOP to even get an X-Ray. Plaintiff has since been diagnosed with two fractures and the end of the Plaintiff's bone is completely broken off. Plaintiff suffered month's with 2 fractures at the hands of Ms. Mcgraw's negligence. Plaintiff was left to unnecessarily suffer with no medical treatment, no surgery, nor physical therapy which could have saved the use of the Plaintiff's leg. Plaintiff currently has a disablility impairment and is no longer able to walk with no limp or an assistive device, brace and cane. Plaintiff still has significant pain. Plaintiff has trouble with activities of daily living due to the negligence of the BOP and Ms. McGraw. The Plaintiff will be unable to even play with her own children due to the disability the Plaintiff now suffers from. Plaintiffs injury was 07/25/2021, Plaintiff never received care nor saw a physician until 2 months later.

Plaintiff respectfully requests this Honorable Court to hold the BOP and Ms. McGraw responsible for the permanent disability sustained to the Plaintiff due to the lack of medical treatment and willful neglect of Ms. Mcgraw that has left the Plaintiff permanently disabled.

Respectfully Submitted,

By: *Meredith Marquita Leigh*

*Marquita Leigh Meredith*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

5.) I did not accept being injured at the liability of the compelled benefit of any unrevealed contract or commercial agreement. Make check payable to the all cap MARQUITA LEIGH MEREDITH

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     11/21/22

Signature of Plaintiff     By: Meredith Marquita Leigh

Printed Name of Plaintiff     Marquita Leigh Meredith

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Marquita L. Meredith #935 06-083-Unit A2
Federal Prison Camp Alderson
Glen Ray Rd Box A
Alderson, WV 24910



Clerk United States District Court
Elizabeth Kee Federal Building
601 Federal St  Room 1000
Bluefield, WV 24701